# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

142553 & (16)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

AIMEE LOUISE SWORD,
        Defendant-Appellant.
_____/

SC: 142553
COA: 301169
Oakland CC: 2009-228490-FC

By order of May 24, 2011, the prosecuting attorney was directed to answer the application for leave to appeal the December 17, 2010 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of the question of whether lifetime monitoring was authorized in this case, as part of the defendant's sentence, where the complainant was 14 years old. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

Clerk

h0919